**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| STACY CAMPBELL,<br><br>      Plaintiff,<br><br>v.<br><br>RIPLEY OPERATOR, LLC,<br>d/b/a RIPLEY HEALTHCARE AND<br>REHABILITATION CENTER,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   No. 2:22-cv-2361-SHL-atc<br>)<br>)<br>)<br>) |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint,(ECF No. 1), filed June 10, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Notice of Voluntary Dismissal, (ECF No. 9), filed July 22, 2022, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 22, 2022
Date